IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC, a Iowa limited liability company, | ) ) ) | 4:13CV3162 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, a Wisconsin corporation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the parties' joint stipulation (filing 33) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 2nd day of September, 2014.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge

-1-